TRESPASS. Richardfon had recovered Judgment againft Hall, in a former Action, whereon Execution iffued, which Execution afterwards was directed to a Conftable without the Knowledge of the Clerk or Requeft of Richardfon. Richardfon went with the Conftable to take Hall, and, happening to meet him fome Diftance from the Conftable, feized him. Hall then paid the Money and brought this Action.

*Trowbridge, J.* I have altered judicial Writs out of Court, but 'tis wrong. Conftables have nothing to do with Executions, except on Judgments rendered by Juftices of the Peace. (1) However,

Conftables have no Power to ferve Executions except on Judgments rendered by Juftices of the Peace. Where an Execution was altered out of Court by directing it to a Conftable, who thereupon arrefted the Defendant, who then paid the Money, it was *held* that the Writ was fo executed that the Plaintiff could not recover the Money again on *Scire Facias.*

---

(1) The authority of conftables in the fervice of civil procefs has been created and enlarged by fucceffive ftatutes; their powers and duties by the common law being thofe of peace officers only. By the Colony Law of 1658, they were authorized " to ferve all attachments directed to them in any civil cafe." Anc. Chart. 83. By the Prov. St. of 9 W. 3, juftices of the peace are " empowered to decide differences not exceeding forty fhillings," and may direct their " execution, or warrant of diftrefs " to a conftable. Anc. Chart. 300. The act of 11 W. 3, eftablifhing the " Inferiour Courts of Common Pleas," provides that " all proceffes and writs for the bringing any caufe or fuit to trial, where the fum fued for is under ten pounds, may be alfo directed to the conftables of the town." Anc. Chart. 329. St. 1795, c. 41, § 3, empowers conftables to ferve " any writ, fummons, or execution " in perfonal actions to the amount of $70. This is in fubftance re-enacted in the Rev. Sts. c. 15, § 71. The amount has fince been raifed to $100, and their power extended to procefs in replevin for property not exceeding that value; and to procefs in forcible entry and detainer. Gen. Sts. c. 18, § 61.

HALL
*v.*
RICHARDSON.

However, the Writ is fo executed that Richard-fon cannot now recover the Money again on a *Scire Facias.*

*The other Juftices agreeing in the Law.*

------◆------

## Memorandum.

MEMORAN-
DUM.

N. B.   At the Clofe of the Year 1771, Lynde, Chief Juftice, and Cuſhing, Juftice, refigned, and the Honourable Peter Oliver, Efq., was made Chief Juftice, and the Honourable Nath'l. Ropes and William Cuſhing, Efquire, were made Juftices, and all took their Seats accordingly in Suffolk, February Term, 1772.